OPINION — AG — ** RURAL WATER DISTRICTS — PLEDGE ASSETS — BANKS ** UNDER 6 O.S. 809 [6-809], A STATE BANK MAY 'NOT' PLEDGE ITS ASSETS AS COLLATERIAL TO SECURE THE DEPOSITS OF A RURAL WATER DISTRICTS, WHETHER OR NOT THE AMOUNT OF THE DEPOSIT EXCEEDS THE AMOUNT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, BECAUSE NONE OF THE EXCEPTIONS UNDER 6 O.S. 411 [6-411] APPLY TO A RURAL WATER DISTRICTS. (POLITICAL SUBDIVISION, UNIT COLLATERAL SYSTEM, SECURING DEPOSITS) CITE: OPINION NO. 85-117, OPINION NO. 71-164, 62 O.S. 151 [62-151], 62 O.S. 516.1 [62-516.1] — 62 O.S. 516.10 [62-516.10], 62 O.S. 516 [62-516] 62 O.S. 7.1 [62-7.1], 82 O.S. 1324.1 [82-1324.1], 82 O.S. 1324.6 [82-1324.6](6), 6 O.S. 411 [6-411] [6-411], 6 O.S. 809 [6-809], 51 O.S. 151 [51-151] (NED BASTOW) ** SEE OPINION NO. 92-564 (1992)